IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| U.S. Bank National Association, as Trustee for the CMLTI Asset-Backed Pass-Through Certificates, Series 2007-AMC3, <br><br> Plaintiff, <br><br> v. <br><br> Kevin Maloney; Argent Mortgage Company, LLC; Mortgage Electronic Registration System Inc., as a Nominee for WMC Mortgage Corp. <br><br> Defendants. | Case No: 1:12-cv-2462 <br><br> Judge: Honorable Elaine E. Bucklo |

## MOTION FOR JUDGMENT NUNC PRO TUNC

NOW COMES, Plaintiff, U.S. Bank National Association, as Trustee for the CMLTI Asset-Backed Pass-Through Certificates, Series 2007-AMC3, by and through its attorneys, Potestivo & Associates, P.C., and moves for Judgment Nunc Pro Tunc pursuant to the Court's October 23, 2013 ruling. In support thereof, Plaintiff states as follows:

1. On April 3, 2012 Plaintiff filed its Complaint to Foreclose Mortgage.

2. On October 23, 2013 this Court granted Plaintiff's Motion for Summary Judgment.

3. To proceed with the sale of this property, Plaintiff needs a Judgment of Foreclosure as sought in its Complaint.

WHEREFORE, Plaintiff respectfully requests this Court enter a Judgment of Foreclosure with a nunc pro tunc date of October 23, 2013.

By: ____/s/ *Megan Christine Adams*_____

Potestivo & Associates, P.C.
Megan C. Adams (ARDC #6312221)
223 W. Jackson Blvd., Suite 610
Chicago, Illinois 60606
Telephone: (312) 263-0003
Main Fax: (312) 263-0002
Cook County Firm ID #: 43932
DuPage County Firm ID #: 223623
Attorneys for Plaintiff
Our File No.: C14-96033